

2008 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

1-17-2008

# USA v. Tomko

Precedential or Non-Precedential: Precedential

Docket No. 05-4997

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2008

Recommended Citation

"USA v. Tomko" (2008). *2008 Decisions*. Paper 1649.
http://digitalcommons.law.villanova.edu/thirdcircuit_2008/1649

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2008 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 05-4997
_____

UNITED STATES OF AMERICA,

Appellant

v.

WILLIAM TOMKO

_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. No. 04-cr-00108)
District Judge: Honorable Gary L. Lancaster

_____

Present: SMITH, FISHER and COWEN, *Circuit Judges*.

_____

SUR PETITION FOR PANEL REHEARING

_____


The petition for panel rehearing filed by Appellee having been submitted to the judges who participated in the decision of this court, it is hereby ORDERED that the petition for panel rehearing is GRANTED. The opinion filed August 20, 2007, is hereby VACATED, and a subsequent opinion will be issued.

BY THE COURT:

*/s/ D. Michael Fisher*
Circuit Judge

Dated: January 17, 2008
clc\cc: Alan Hechtkopf, Esq.            S. Robert Lyons, Esq.
        Cynthia R. Eddy, Esq.            J. Alan Johnson, Esq.